■ In the Matter of the Arbitration between MONARCH MARKING SYSTEMS, INC., Respondent, and PITNEY BOWES, INC., Appellant. [671 NYS2d 663] —Order and judgment (one paper), Supreme Court, New York County (William Davis, J.), entered March 11, 1997, unanimously affirmed for the reasons stated by Davis, J., with costs and disbursements. No opinion. Concur—Lerner, P. J., Ellerin, Rubin and Saxe, JJ.